# ORIGINAL

1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
   3993 Howard Hughes Parkway
3  Suite 650
   Las Vegas, NV  89109
4  Telephone:  (702) 252-3131
   Facsimile:   (702) 252-7411
5

6  Attorneys for Defendants

7              UNITED STATES DISTRICT COURT

8                 DISTRICT OF NEVADA

9

10 JEROME STREMSKI,                        )   Case No.: CV-S-05-0944-LDG-RJJ
                                           )
11                    Plaintiff,           )   **STIPULATION AND ORDER**
   vs.                                     )   **FOR DISMISSAL**
12                                         )
   LAS VEGAS SANDS, INC. a Nevada          )
13 Corporation; VENETIAN CASINO            )
   RESORT, LLC, a Nevada Limited           )
14 Liability Company; ROE corporations I-X )
   and DOES I-X; inclusive,                )
15                                         )
                                           )
16                    Defendants.          )
                                           )
17 _____)

18         IT IS HEREBY STIPULATED AND AGREED by and between the parties'

19 counsel of record that this matter be dismissed with prejudice, with each party to bear

20 their own costs and attorney's fees.

21 FISHER & PHILLIPS LLP                    NELSON LAW

22 _____               _____

23 Scott M. Mahoney, Esq.                  Sharon L. Nelson, Esq.
   3993 Howard Hughes Pkwy #650            401 North Buffalo #210
24 Las Vegas, Nevada  89109                Las Vegas, Nevada 89145
   Attorney for Defendants                 Attorney for Plaintiff

25
                                           IT IS SO ORDERED.
26
                                           DATED this 3rd day of January, 2006.
27
                                           _____
28                                         Lloyd D. George
                                           United States District Judge

LasVegas 58215.1                    - 1 -

FISHER & PHILLIPS
3993 Howard Hughes Parkway, Suite 650
Las Vegas, Nevada 89109
Telephone (702) 252-3131  Fax (702) 252-7411

FILED / RECEIVED
ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD

2005 DEC 30  P 1: 27

US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY